# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**YENEIS HERNANDEZ,**

*Plaintiff,*

**v.**                                                           **Case No: 8:25-cv-01933-MSS-TGW**

**EQUIFAX INFORMATION
SERVICES, LLC,**

*Defendant_____/*

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses Defendant from this action with prejudice, effective June 9, 2026, each party to bear its own costs and attorneys' fees.

Respectfully submitted on June 9, 2026.

/s/ *James Hubbard*
James Hubbard
Florida Bar Number: 121405
Seraph Legal, P. A.
3505 East Frontage Rd., Suite 145
Tampa, FL 33607
(813) 321-2348
JHubbard@seraphlegal.com
*Counsel for Plaintiff*