# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**YENEIS HERNANDEZ,**

*Plaintiff,*

**v.**                                                    **Case No: 8:25-cv-01933-MSS-TGW**

**EQUIFAX INFORMATION
SERVICES LLC**

*Defendant.*

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW**, the Plaintiff, **Yeneis Hernandez**, and the Defendant, **Equifax Information Services LLC**, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss this action with prejudice, with each party to bear their or its own costs and attorney's fees.

SERAPH LEGAL, PA                          SEYFARTH

/s/ *James Hubbard*                        /s/ Sylas Kern
James Hubbard, Esq.                        Sylas Kern
Florida Bar No.: 121405                    233 S. Wacker Dr., Suite 8000
JHubbard@SeraphLegal.com                   Chicago, IL 60606
Seraph Legal, P. A.                        Telephone:  (312) 460-5413
3015 East Frontage Rd., STE 145            Facsimile:  (312) 460-7126
Tampa, FL 33607                            Skern@seyfarth.com
(813) 321-2345                             *Counsel for Defendant,*
Counsel for Plaintiff                      *Equifax Information Services, LLC.*